**KEITH D. KARNES**, Oregon State Bar ID Number 03352
kkarnes@olsendaines.com
Olsen, Olsen & Daines, LLC
1599 State St.
P.O. Box 12829
Salem, OR  97309-0829
Telephone (503) 362-9393
Fax (503) 362-1375

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| WILLIAM MAXWELL<br>            Plaintiff,<br>v.<br>NATIONAL CREDIT WORKS, INC.<br>            Defendants<br>_____ | Case No.   3:09-cv-1226<br><br>DEFAULT ORDER AGAINST DEFENDANT NATIONAL CREDIT WORKS, INC. |

This matter having come before the Court on Plaintiff's motion and the Court finding cause;

IT IS HEREBY ORDERED, Defendant National Credit Works, Inc. having been served and having not appeared within the statutory time is found in default.

Dated this _____ day of _____ 2010

_____
Judge Dennis J. Hubel

DEFAULT ORDER AGAINST DEFENDANT NATIONAL CREDIT WORKS, INC.

Submitted by:

/s/ Keith D. Karnes
Keith D. Karnes, OSB # 03352
Attorney for Plaintiff