**KEITH D. KARNES**, Oregon State Bar ID Number 03352
kkarnes@olsendaines.com
OlsenDaines
3995 Hagers Grove Road SE
P.O. Box 12829
Salem, OR  97309-0829
Telephone (503) 362-9393
Fax (503) 362-1375

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| WILLIAM MAXWELL<br>            Plaintiff,<br>     v.<br>NATIONAL CREDIT WORKS, INC.<br>            Defendants<br>_____ | Case No.   3:09-cv-1226<br><br>NOTICE OF DISMISSAL |

Pursuant to Fed. R. Civ. Pro. 41(a)(1) plaintiff gives notice of dismissal of this action.

DATED August 24, 2010.           /s/  Keith D. Karnes
                                 Keith D. Karnes OSB # 03352
                                 Attorney for plaintiff

CERTIFICATE OF SERVICE

      I, Darlynn S. Hanna, hereby certify that I mailed by first class mail the foregoing document to the following non-CM/ECF participant:

National Credit Works, Inc.
4490 Holland Office Park, Suite 103
Virginia Beach, Virginia 23452

Dated:   August 24, 2010

                                      /s/ Darlynn S. Hanna
                                      Darlynn S. Hanna
                                      Paralegal
                                      OlsenDaines